UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11724-RWZ

MARIA SARMENTO

v.

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration

ORDER

January 4, 2013

ZOBEL, D.J.

In response to the parties' joint motion for relief from judgment under Rule 60(b) and for an indicative ruling under Rule 62.1 (Docket # 33), this court would grant the relief requested if the Court of Appeals were to remand the case for this purpose. Accordingly, it would then order

1.  That this court's Memorandum of Decision of May 1, 2012 (Docket # 22) be vacated and that a new Memorandum be entered that deletes the last two paragraphs of said Memorandum and substitutes therefore the following:

"**IV. Conclusion**

The Commissioner's decision is hereby REVERSED and REMANDED for further administrative proceedings with instructions to:

a.  consolidate this claim with Sarmento's new application that is scheduled for hearing on February 15, 2013;

b.  provide Sarmento an opportunity to submit additional evidence; and

    c. redetermine Sarmento's 2006 application, taking into account Sarmento's subjective complaints in accordance with agency regulations and <u>Avery v. Sec'y of Health & Human Servs.</u>, 797 F. 2d 19, 29 (1st Cir. 1986), and reevaluating all of the medical opinions in the record, including the opinion from medical expert, Dr. Kaplan, and reevaluating Sarmento's obesity."

    2. That the Order of August 13, 2012 (Docket # 28) denying the Commissioner's motion to amend the judgment be vacated.

    3. That the judgment of May 3, 2012 (Docket # 23) be vacated.

|  |  |
|---|---|
|    January 4, 2013    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |